UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA R. ASKEW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:13-cv-0629 ) Judge Campbell/Brown |
| ELITE NAILS, | ) ) |
| Defendant. | ) |

**O R D E R**

This case has been on referral to the undersigned for case management. It appears from the docket that all deadlines have now passed and there are pending dispositive motions (Docket Entries 24 and 27) before Judge Campbell. A Jury Trial is set to begin on December 2, 2014, and a Pretrial Conference on November 24, 2014.

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is directed to term the referral and transmit this file to Judge Campbell.

If the parties believe Alternative Dispute Resolution (ADR) would be useful, they may contact the Magistrate Judge's office to request assistance.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge