IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA R. ASKEW | ) |
| | ) |
| v. | ) NO. 3-13-0629 |
| | ) JUDGE CAMPBELL |
| ELITE NAILS | ) |

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 24), Plaintiff's Motion for Summary Judgment (Docket No. 27), Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment (Docket No. 30), and Plaintiff's Motion to Extend Deadline to File Dispositive Motions (Docket No. 31).

Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment (Docket No. 30) is DENIED, and Plaintiff's Motion to Extend Deadline to File Dispositive Motions (Docket No. 31) is GRANTED.

For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 24) is GRANTED in part and DENIED in part, and Plaintiff's Motion for Summary Judgment (Docket No. 27) is DENIED. Plaintiff's claims regarding her neuropathy and cardiac problems are DISMISSED.

This matter remains set for a jury trial on December 2, 2014, with a pretrial conference on November 24, 2014.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE